

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR
FALSE STATEMENTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 06-217 |
| v. | * | SECTION: |
| LORRAINE T. PAYTON | * | VIOLATION: 18 U.S.C. § 1001 |
| | * * * | SECT. J MAG 3 |

The Grand Jury charges that:

## COUNT 1

On or about August 16, 2001, in the Eastern District of Louisiana, in a matter within the jurisdiction of the United States Department of Labor, a department and agency of the United States, the defendant, **LORRAINE T. PAYTON**, did knowingly and intentionally make and cause to be made, false, fictitious and fraudulent statements and representations, in that **LORRAINE T. PAYTON**, did submit and cause to be submitted to the United States Department of Labor, Office of Labor-Management Standards, a Labor Organization Annual Report (Form LM-2) in which she represented that she, **LORRAINE T. PAYTON**, as president and officer of the National Federation

```
___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____
```

of Federal Employees (NFFE), VA Council (VAC), received $11, 515 from said council in the fiscal year ending June 30, 2000 when she knew that in truth and in fact she received from the account held by the same council at least $18,123.78 in the form of checks, VISA debits to the VAC bank account, and American Express VAC credit card transactions, during the aforementioned fiscal year; all in violation of Title 18 U.S.C §1001.

**COUNT 2**

On or about April 19, 2002, in the Eastern District of Louisiana, in a matter within the jurisdiction of the United States Department of Labor, a department and agency of the United States, the defendant, **LORRAINE T. PAYTON**, did knowingly and intentionally make and cause to be made, false, fictitious and fraudulent statements and representations, in that **LORRAINE T. PAYTON**, did submit and cause to be submitted to the United States Department of Labor, Office of Labor-Management Standards, a Labor Organization Annual Report (Form LM-2) in which she represented that she, **LORRAINE T. PAYTON**, as president and officer of the National Federation of Federal Employees (NFFE), VA Council (VAC), received $6000, from said council in the year ending December 31, 2001, when she knew that in truth and in fact she received from the account held by the same council at least $55,821.10 in the form of checks, VISA debits to the VAC bank

account, and American Express VAC credit card transactions during the aforementioned year; all in violation of Title 18 U.S.C §1001.

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN
United States Attorney
Bar Roll No. 8517

_____
JAN MASELLI MANN
First Assistant United States Attorney
Bar Roll No. 9020

_____
EMILY K. GREENFIELD
Assistant United States Attorney
Bar Roll No. 28587

New Orleans, Louisiana
August 10, 2006

No. _____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__
__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

*LORRAINE T. PAYTON*

## INDICTMENT

### INDICTMENT FOR FALSE STATEMENTS

VIOLATION: 18 U.S.C. § 1001

A true bill.

_____
*Foreman*

Filed in open court this _____ day, of _____ A.D. 2006.

_____
*Clerk*

Bail, $ _____

*Emily K. Greenfield*
**EMILY K. GREENFIELD**, Assistant United States Attorney

FORM OBD-34
APR. 91